FRANK A. STEVENS, Respondent, *v.* CHARLES F. HEALY, Appellant.

(Argued October 8, 1930; decided October 24, 1930.)

*Edward P. Mowton* for appellant.

*Eugene L. Bondy* and *Edward A. Kole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.